**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION**

| | |
|---|---|
| NANCY STERLING, and RICHARD STERLING, wife and husband, | )<br>)<br>) |
| Plaintiffs, | ) |
| vs. | ) Case No. 2:15-cv-04283 |
| ROBERT C. NIELSEN, D.O., | ) |
| and | ) |
| LAKE REGIONAL HEALTH SYSTEM, | ) |
| Defendants. | ) |

## STIPULATION AND CONSENT TO SUBSTITUTE THE UNITED STATES OF AMERICA AS NAMED DEFENDANT

The Plaintiffs hereby stipulate and agree as follows:

1. That on December 3, 2015, Plaintiffs filed their Complaint against Defendants Robert C. Nielsen, D.O. and Lake Regional Health System.

2. That on February 3, 2016, Defendant Robert C. Nielsen filed a Motion to Substitute the United States of America as Named Defendant in this action.

3. That Plaintiffs agree to Substitute the United States of America as a Named Defendant for Robert C. Nielsen, D.O.

_____
Daniel C. Mizell #46408
DEPUTY AND MIZELL, L.L.C.
Post Office Box 689
Lebanon, Missouri  65536
Telephone:	417-532-2191
Facsimile:	417-532-8077
E-mail:	dan@deputyandmizell.com

ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he provided a copy of the foregoing document via first class mail and via electronic transmission to the following, on this 10th day of February, 2016.

Joshua L. Hill
Attorney at Law
Post Office Box 537
Jefferson City, MO 65102

Jerry L. Short, Assistant U.S. Attorney
Charles Evans Whittaker Courthouse
400 East Ninth Street, Room 5510
Kansas City, MO 64106

_____
Daniel C. Mizell